# Third District Court of Appeal

## State of Florida

Opinion filed April 1, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0209
Lower Tribunal No. F23-19604 B
_____

**Julie Garcia,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Julie Garcia, in proper person.

James Uthmeier, Attorney General, and Ryan Schelwat, Assistant Attorney General, for appellee.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.